United States District Court
Southern District of Texas
**ENTERED**
November 08, 2023
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v. § <br> § <br> Joe Frank Barrera, *a/k/a* "LJ", § <br> Raymond William Burnett, *a/k/a* "Ray Ray", § <br> Morgan Shane Cooper *a/k/a* "Coop", § <br> William Espinoza, § <br> Mario Humberto Gomez *a/k/a* "Gator", § <br> Joseph Roy Gomez *a/k/a* "Tequila", § <br> Edgar Mauricio Hinojosa *a/k/a* "Charro Bean", § <br> Rudolph Christopher Lopez *a/k/a* "Yao", § <br> Jesse James Mulrein *a/k/a* "Fort Worth G", § <br> Ricardo Quinones *a/k/a* "Scooter", § <br> Joe Rios *a/k/a* "Jo Daddy" and § <br> Moises Soriano *a/k/a* "Oso" § | CRIMINAL NO. 4:23-CR-0422 |

## PROTECTIVE ORDER

The United States will voluntarily make disclosure of certain materials that contain recordings (audio or video), transcripts/translations of those recordings, and/or summaries of witness statements. Accordingly, the Court finds good cause to enter this Protective Order applying to these materials identified herein as "Witness Materials."

Specifically, the Court **ORDERS** that all materials produced by the government described as "Witness Materials" shall be subject to the following heightened restrictions:

1. Defense counsel shall keep all Witness Materials in their constant care, custody, and control, and shall not disclose any Witness Materials or their contents directly or indirectly to any person or entity other than persons formally employed to assist in the defense (including full or part-time assistants, paralegals, investigators, and attorneys formally employed with the law firm), who shall be provided with a copy of this Protective Order and bound by it to the same extent as defense counsel.

2. Defense counsel may discuss the general contents of Witness Materials with their respective clients but ***shall not*** (1) provide copies of the Witness Materials to the defendants or (2) provide written summaries of the Witness Materials to the defendants.

3. Defense counsel shall use the Witness Materials solely for the defense of the above-captioned case, and for no other purpose, and in connection with no other proceeding, without further order of this Court.

This Protective Order does not enlarge or abridge the government's disclosure obligations pursuant to Federal Rule of Criminal Procedure 16; Federal Rule of Criminal Procedure 26.2; *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny; or any other authority of general applicability.

Dated:  November 08, 2023

_____
THE HONORABLE CHARLES R. ESKIRDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS